UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                Case No. 19-CR-20322
                Hon. ARTHUR J. TARNOW

vs.

ELEAZAR LOPEZ,

        Defendant.
_____/

JOHN N. O'BRIEN, II
U.S. Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9715
Email: john.obrien@usdoj.gov

GJON JUNCAJ
U.S. Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9623
Email: gjon.juncaj@usdoj.gov

SHANE CRALLE
U.S. Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9551
Email: shane.cralle@usdoj.gov

TIMOTHY P. MCDONALD
U.S. Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0221
Email: timothy.mcdonald@usdoj.gov

SANFORD A. SCHULMAN
Local and Co-Counsel and Attorney for Defendant
     ELEAZAR LOPEZ
500 Griswold Street, Suite 2340
Detroit, MI 48226
(313) 963-4740
Email: saschulman@comcast.net

STEFANIE LAMBERT JUNTTILA
Local and Co-Counsel and Attorney for Defendant
     ELEAZAR LOPEZ
500 Griswold Street, Suite 2340
Detroit, MI 48226
(313) 963-4740
Email: attorneystefanielambert@gmail.com

## APPEARANCE AS LOCAL AND CO-COUNSEL ON BEHALF OF ELEAZAR LOPEZ

PLEASE ENTER the APPEARANCE of STEFANIE LAMBERT JUNTTILA as local and co-counsel on behalf of ELEAZAR LOPEZ in regards to the above captioned matter now pending in the United States District Court, Eastern District of Michigan, Southern Division.

Kindly forward all notices to the undersigned.

>Respectfully submitted,
>
>/s/ Stefanie Lambert Junttila
>STEFANIE LAMBERT JUNTTILA
>Local and Co-Counsel and Attorney for
>Defendant: ELEAZAR LOPEZ
>500 Griswold Street, Suite 2340
>Detroit, Michigan 48226
>(313) 963-4740
>Email: attorneystefanielambert@gmail.com

Date: May 28, 2020